JOHANNA KAPLAN AND SIDNEY KAPLAN, PLAINTIFFS-APPELLANTS, v. KEITH HAINES, DEFENDANT-RESPONDENT.

Argued March 18, 1968—Decided April 1, 1968.

*Mr. Jerome S. Lieb* argued the cause for appellants (*Messrs. Harkavy & Lieb,* attorneys; *Mr. Abraham I. Harkavy* of counsel).

*Mr. William G. Bischoff* argued the cause for respondent (*Messrs. Taylor, Bischoff, Neutze & Williams,* attorneys).

Per Curiam. The judgment is affirmed substantially for the reasons given in the majority opinion of Judge Lewis in the Appellate Division.

*For affirmance* — Chief Justice Weintraub and Justices Jacobs, Francis, Proctor, Hall, Schettino and Haneman—7.

*For reversal* — None.